UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN PECK; et al., | No. 14-15526 |
| Plaintiffs-Appellants, | D.C. No. 2:12-cv-01371-JAT District of Arizona, Phoenix |
| v. | |
| MARGARET HINCHEY, individually and in her official capacity as a peace officer with the Arizona Attorney General's Office; et al., | ORDER |
| Defendants-Appellees. | |

| | |
|---|---|
| STEVEN PECK; et al., | No. 14-15717 |
| Plaintiffs-Appellees, | D.C. No. 2:12-cv-01371-JAT District of Arizona, Phoenix |
| v. | |
| MARGARET HINCHEY, individually and in her official capacity as a peace officer with the Arizona Attorney General's Office, | |
| Defendant-Appellant. | |

Before: BYBEE, and N.R. SMITH, Circuit Judges, and KORMAN,* District
Judge.

---

\* The Honorable Edward R. Korman, United States District Judge for
the Eastern District of New York, sitting by designation.

The Memorandum Disposition filed June 16, 2016 is amended as follows:

On page 3, in the first full paragraph, after the last sentence that begins, "We affirm the district court's decision . . . " insert the following sentence: "As the district court based its dismissal of these claims on immunity grounds, we decline to address in the first instance Hinchey's alternative bases for dismissal of Counts I, II, and III, and leave these to the district court to consider on remand."

With this amendment, the panel has voted to deny the petition for panel rehearing. Appellant's petition for rehearing, filed June 30, 2016, is DENIED. The panel will not entertain future petitions for rehearing.